Anton Koerber, Respondent, v. Joseph F. Rutherford and M. Arnold Howlett, Appellants.— Action for accounting in connection with a joint venture. Order dated May 17, 1941, directing the examination of defendants before trial and the production of books and papers, modified on the law by striking therefrom items numbered 6, 7, 9 and 10 of the directing paragraph of the order for the examination of the defendants, and those items of the ordering paragraph directing the production of books and papers designated as items (b), (c), (d) and (e). As so modified, the order is affirmed, without costs, the examinations to proceed on ten days' notice. The right to an accounting must be established before examination as to the items eliminated may be had. The appeal from the order denying defendants' motion for reargument was dismissed by decision dated May 28, 1941. (Koerber v. Rutherford, ante, p. 781.) Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

Simon Korn, Appellant, v. Brooklyn Bus Corporation, Respondent.— In an action to recover damages for personal injuries sustained by plaintiff when he was struck by defendant's bus while crossing the street, judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Sylvia Kramer, Appellant, v. Long Island Rail Road Company, Respondent. — Action to recover damages for personal injuries sustained by plaintiff when she tripped and fell on one of the defendant's station platforms. Order of the Appellate Term reversing a judgment of the Municipal Court of the City of New York, Borough of Queens, in favor of plaintiff, and dismissing her complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Annabelle Manahan, Appellant, v. Thomas J. Manahan, Respondent.— Order granting defendant's motion to modify the final decree of divorce by reducing alimony, and denying plaintiff's cross-motion to continue alimony payments at the rate fixed in said decree, affirmed, without costs. There was no abuse of discretion in making the order. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.